OPINION — AG — ** AUTHORITY — INSTITUTION — SALARIES ** THE PROVISIONS OF SENATE BILL NO. 14 WHICH TRANSFER ADMINISTRATIVE CONTROL OF THE WESTERN OKLAHOMA STATE HOSPITAL TO THE STATE BOARD OF HEALTH EFFECTIVE JULY 1, 1951, SUPERSEDING CONTROL PREVIOUSLY EXERCISED BY THE STATE BOARD OF PUBLIC AFFAIRS. (STATE AGENCY) CITE: 63 O.S. 502 [63-502], 63 O.S. 506 [63-506], 70 O.S. 1258 [70-1258](B) (J. H. JOHNSON)